■ CLAIRE McCORMACK, Individually and as Executor of JOSEPH W. LaMANNA, Deceased, Respondent, v UNIVERSITY OF ROCHESTER, Appellant, et al., Defendants. (Appeal No. 2.) [48 NYS3d 921]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), rendered October 27, 2015. The order denied the motion of defendant University of Rochester for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, Centra, Curran and Scudder, JJ.